UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF YORK

| | |
|---|---|
| NDV Investment Company,<br>JM Property SP Z.O.O. SP K, and<br>Jerzy Mendelka,<br><br>Petitioners,<br><br>– against –<br><br>Apex Clearing Corporation,<br>Apex Clearing Corporation, as successor<br>in interest and obligation to<br>Pension Financial Services, Inc.<br><br>Respondents. | 14 CV 0923 (RMB)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for respondents, Apex Clearing Corporation, Apex Clearing Corporation, as successor in interest and obligation to Pension Financial Services, Inc., in the above-captioned action and requests that all notices and papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       March 5, 2014

KATTEN MUCHIN ROSENMAN LLP

By:  /s/Bertrand J. Choe
        Bertrand J. Choe

575 Madison Avenue
New York, New York 10022
212-940-6388
bertrand.choe@kattenlaw.com

*Attorneys for Respondents*

100216501v1