UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                    :
NDV Investment Company, et al.      :      14-cv-0923-RMB
                                                    :
                          Petitioners,    :
                                                    :      **RULE 7.1**
    -against-                              :      **DISCLOSURE STATEMENT**
                                                    :
Apex Clearing Corporation, et al.     :
                                                    :
                       Respondents.  :
------------------------------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Apex Clearing Corporation ("Defendant") certifies that:

1. Defendant is a wholly-owned subsidiary of Apex Clearing Holdings, LLC ("Holdings"); and

2. Holdings has no parent corporation, and no publicly held corporation owns 10% or more of Holdings.

                                        */s/ Bertrand J. Choe*
                                        Bertrand J. Choe
                                        KATTEN MUCHIN ROSENMAN LLP
                                        575 Madison Avenue
                                        New York, New York 10022-2585
                                        Tel: (212) 940-6388
                                        Fax: (212) 840-8776
                                        bertrand.choe@kattenlaw.com

                                        - and -

                                        Michael J. Lohnes (admitted *pro hac vice*)
                                        KATTEN MUCHIN ROSENMAN LLP
                                        525 W. Monroe Street
                                        Chicago, Illinois 60661-3693
                                        Tel: (312) 902-5341
                                        Fax: (312) 577-4721
                                        michael.lohnes@kattenlaw.com

                                        *Attorneys for Defendant Apex Clearing Corporation*

100563780